Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio


# MEMORANDUM OPINION

No. 04-09-00669-CV

**THE UNKNOWN HEIRS, SUCCESSORS,
AND ASSIGNS OF JOAQUIN CHAPA, DECEASED**,
Appellants

v.

Maria del Rosario G. **POPE**; Maria Celeste G. Narro; Jose Ignacio Gutierrez;
Maria Minerva G. Guerra; Maria Cecilia G. Martinez; and Maria Iris G. Trevino,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-01-50
Honorable Alex William Gabert, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
            Phylis J. Speedlin, Justice
            Rebecca Simmons, Justice

Delivered and Filed: March 3, 2010

DISMISSED FOR WANT OF PROSECUTION

The following parties each filed separate notices of appeal: (1) the Fowler Defendants; (2) the Rubin Defendants; (3) the Becerra Intervenors/Defendants; and (4) the Rodriguez Defendants. On January 20, 2010, this court dismissed the appeals filed by the (1) the Fowler Defendants; (2) the Becerra Intervenors/Defendants; and (3) the Rodriguez Defendants for failure to pay the filing fee. Therefore, the Rubin Defendants are the only remaining appellants.

On November 2, 2009, this court notified the trial court clerk that the clerk's record was late. The trial court clerk responded to our notice by filing a Notification of Late Record, stating that the clerk's record has not been filed because appellants have failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellants are not entitled to appeal without paying the fee. Accordingly, this court ordered appellants to provide written proof to this court no later than February 5, 2010 that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellants are entitled to appeal without paying the clerk's fee. Our order informed appellants that if they failed to respond within the time provided, this appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

Appellants did not respond. The appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b). Costs of appeal are taxed against appellants.

PER CURIAM